**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| AARON M. COWANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.:_____ |
| | ) |
| PRIMCO, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Primco, Inc. ("Primco"), by counsel, pursuant to 28 U.S.C. §§ 1331 and 1446, hereby serves notice of its removal of this action from the Allen Superior Court in the State of Indiana to the United States District Court for the Northern District of Indiana, Fort Wayne Division. Removal is proper on the following grounds:

1. Plaintiff filed the Summons and Complaint with the Allen Superior Court on March 14, 2016.

2. The lawsuit is designated as Cause No. 02D03-1603-CT-000133.

3. The lawsuit is a civil action alleging, among other things, violations of the following federal law: the American with Disabilities Act, 42 U.S.C § 12101 *et seq.*

4. The parties have conducted no discovery and no substantive proceedings have occurred in this action.

5. This Court has original jurisdiction over this case because Plaintiff asserts claims involving questions of federal law. 28 U.S.C. § 1331.

6. The lawsuit is properly removed to this Court pursuant to 28 U.S.C. § 1441(c). Pursuant to 28 U.S.C. § 1446(b), this notice is being filed within 30 days of service upon Primco of Plaintiff's Complaint.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon or by Defendants in the state court lawsuit are attached hereto as Exhibit "1."

WHEREFORE, Defendant respectfully notifies the Court, the state court, and the Plaintiff of the removal of this action from the Allen Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

Respectfully submitted,

/s/ Jason T. Clagg
Jason T. Clagg (24123-02)
(jason.clagg@btlaw.com)
Sherry B. McGrath (#13713-49)
(sherry.mcgrath@btlaw.com)
BARNES & THORNBURG LLP
110 E. Wayne Street, Suite 600
Fort Wayne, IN  46802
Telephone: (260) 423-9440
Facsimile:  (260) 424-8316

ATTORNEYS FOR DEFENDANT,
PRIMCO, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing document has been served this 1st day of April 2016, by depositing a copy of the same in the United States Mail, first-class postage prepaid, and properly addressed to the following:

> John C. Theisen
> Nathaniel Hubley
> Alex S. Schrieber
> Theisen & Associates, LLC
> 810 South Calhoun Street, Suite 200
> Fort Wayne, IN  46802

*Sherry McGrath*
Sherry McGrath

DMS 3850509v1