UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| AARON M. COWANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:16-CV-115-TLS |
| | ) | |
| PRIMCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on a Report and Recommendation of United States Magistrate Judge [ECF No. 24] to dismiss the case sua sponte for lack of prosecution pursuant to Rule 41(b). The Report chronicles Plaintiff Aaron M. Cowan's failure to appear at various court hearings without explanation, including two show cause hearings. The Magistrate Judge recommended, after issuing the final show cause order and receiving no response, that the Court dismiss the action for failure to prosecute. On October 7, 2016, the Plaintiff's counsel stated in a Motion to Withdraw [ECF No. 16] that he had been unable to reach the Plaintiff since June 3, 2016, and that the Plaintiff failed to cooperate with him in preparing discovery responses. The Magistrate Judge set a motion hearing for October 25, 2016, directing the Plaintiff and his counsel to appear in person. A copy of the text order setting the hearing and directing the Plaintiff to appear in person was sent to the Plaintiff at his last known address. The Plaintiff failed to appear, in which the Magistrate Judge set the matter for a show-cause hearing and a hearing on the Motion to Withdraw on November 28, 2016. A copy of that text order setting the November 28, 2016 hearing and directing the Plaintiff to appear in person was sent to the Plaintiff's last known address. The Plaintiff failed to appear at this hearing as well. The

Magistrate Judge then set the matter over for a show-cause hearing and a hearing on the Motion Withdraw on December 28, 2016. A copy of this text order setting the December 28, 2016 hearing and directing the Plaintiff to appear in person was sent to the Plaintiff's last known address. The Magistrate Judge also sent a Notice and Order [ECF No. 21] directing the Plaintiff to appear in person for the December 28, 2016 hearing, and show cause why he should not be sanctioned for his failure to appear at the October 25 and November 28 hearings. The Plaintiff was also ordered to file a written statement on or before December 19, 2016 why he should not be sanctioned for failing to appear at the October 25 and November 28 hearings. The Plaintiff was warned in the Notice and Order that his failure to appear at the December 28, 2016 hearing, his failure to file written statement, or his failure to show cause could result in dismissal of his case.

The Plaintiff failed to appear at the December 28, 2016 hearing. The Magistrate Judge granted the Motion to Withdraw and deemed the Plaintiff to be proceeding pro se. The Magistrate issued the Report and Recommendation to dismiss the case pursuant to Rule 41(b) for failure to prosecute. Proof of Service [ECF No. 25] was executed on January 12, 2017 and filed with the Court on January 17, 2017. For the reasons set forth in the Report and Recommendation, and because the Plaintiff has failed to pursue his claims, the Court ACCEPTS the Report and Recommendation [ECF No. 24] and DISMISSES this Action WITHOUT PREJUDICE.

SO ORDERED on February 2, 2017.

        s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT